STATE OF OREGON,
*Respondent,*

*v.*

FREDERICK EDWARD HAZEEM,
*Appellant.*

(Nos. C79-09-33039, C79-09-33098,
C79-08-32938, CA 17762)

637 P2d 938

Richard S. Mannis, Portland, argued the cause and filed the briefs for appellant.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant contends the trial court erred in fixing the amount of restitution. We find no error. *State v. Boswell,* 52 Or App 535, 628 P2d 763, *rev den* 291 Or 419 (1981).

Defendant's second and third assignments of error were not asserted nor excepted to at trial. Therefore, we decline to consider those assignments. *State v. Coria,* 39 Or App 507, 592 P2d 1057, *rev. den* 286 Or 449 (1979); *State v. Newberry,* 39 Or App 119, 591 P2d 404, *rev den* 286 Or 449 (1979); *State v. Gaines,* 27 Or App 69, 555 P2d 469 (1976), *rev den* 277 Or 1, *cert denied,* 431 US 916, 97 S Ct 2179, 53 L Ed 2d 227 (1977).

Affirmed.